B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lomeli, Michelle A** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Michelle A Schoenle** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3561** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4505 Linder Pl**<br>**Rockford, IL**<br>ZIP Code **61107** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lomeli, Michelle A** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Karl C. Koonmen**                          **October 17, 2011** <br> Signature of Attorney for Debtor(s)                          (Date) <br> **Karl C. Koonmen** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lomeli, Michelle A** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michelle A Lomeli**
Signature of Debtor **Michelle A Lomeli**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 17, 2011**
Date

### Signature of Attorney*

**X** **/s/ Karl C. Koonmen**
Signature of Attorney for Debtor(s)

**Karl C. Koonmen**
Printed Name of Attorney for Debtor(s)

**Loves Park Legal Clinic**
Firm Name
**The Professional Building
535 Loves Park Drive
Loves Park, IL 61111**

_____
Address

**815-654-3060  Fax: 815-654-9893**
Telephone Number

**October 17, 2011**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Michelle A Lomeli**                                       Case No. _____

                                              Debtor(s)        Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Michelle A Lomeli**
                        **Michelle A Lomeli**

Date:    **October 17, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Illinois

In re **Michelle A Lomeli**

Debtor

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 2,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 436,178.69 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,187.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,171.00 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| | | Total Assets | 2,000.00 | | |
| | | | Total Liabilities | 436,178.69 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Michelle A Lomeli**
,
Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,187.00 |
| Average Expenses (from Schedule J, Line 18) | 3,171.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,530.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 436,178.69 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 436,178.69 |

B6A (Official Form 6A) (12/07)

In re    **Michelle A Lomeli**
_____,        Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | - | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

**0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Michelle A Lomeli**                                              ,        Case No. _____
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods | - | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | - | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        1,500.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Michelle A Lomeli**                                    ,   Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Past Due Child Support ($5,000.00)** | **-** | **Unknown** |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michelle A Lomeli**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1985 Toyota Celica** | - | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **500.00**
(Total of this page)

Total >        **2,000.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Michelle A Lomeli**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                     *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Household Goods** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Alimony, Maintenance, Support, and Property Settlements** | | | |
| **Past Due Child Support ($5,000.00)** | **735 ILCS 5/12-1001(b)** | **0.00** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1985 Toyota Celica** | **735 ILCS 5/12-1001(c)** | **500.00** | **500.00** |
| | | Total: | |
| | | **2,000.00** | **2,000.00** |

  **0**    continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Michelle A Lomeli**                                          ,          Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re   **Michelle A Lomeli**                                        ,      Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    __0__   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Michelle A Lomeli**                                                              ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **AAA Community Finance** 5611 N. Second St Loves Park, IL 61111 | X | - | **2009 Loan** | | | | 2,780.67 |
| Account No. **AAA Community Finance** 5611 N. Second St Loves Park, IL 61111 | X | - | **2009 Loan** | | | | 1,736.62 |
| Account No. **Aarons Sales & Lease** 3730 E State St Rockford, IL 61108 | | - | **Merchandise** | | | | 150.00 |
| Account No. 1983895598503 **Accent** 7171 Mercy Rd PO Box 69006 Omaha, NE 68106-5006 | | - | **2010 Insurance claims** | | | | Unknown |

|  | | Subtotal (Total of this page) | 4,667.29 |
|---|---|---|---|

__23__  continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      S/N:34376-110406   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 Loan | | | | |
| **Ace Cash Express 7925 N. Alpine Rd Loves Park, IL 61111** | X | - | | | | | | 514.65 |
| Account No. | | | | 2009 Loan | | | | |
| **Advance America 1239 Sandy Hollow Rockford, IL 61109** | X | - | | | | | | 3,321.00 |
| Account No. 1028372851 | | | | 10 Us Cellular | | | | |
| **Afni Attention: Bankruptcy Po Box 3247 Bloomington, IL 61702** | X | - | | | | | | 1,343.00 |
| Account No. **Various** | | | | 2009 Loan | | | | |
| **All Credit Lenders 4875 E. State St Rockford, IL 61108** | X | - | | | | | | 1,554.48 |
| Account No. **10448012** | | | | NSF checks | | | | |
| **Alpine Bank 1700 N. Alpine Rockford, IL 61107** | | - | | | | | | 822.77 |

Sheet no. __1__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **7,555.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michelle A Lomeli**                                                                    ,          Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **HCR** | | | Medical | | | | |
| **Alpine chiropractic**<br>**4855 E State St**<br>**Rockford, IL 61108** | - | | | | | | 53.33 |
| Account No. 9801032058 | | | Opened 2/01/03 Last Active 10/22/07<br>DepositRelated | | | | |
| **Amcore Bank N A/Harris Bank NA**<br>**Attention: Bankruptcy Department**<br>**3800 Golf Rd Suite 300**<br>**Rolling Meadows, IL 60008** | X - | | | | | | 552.00 |
| Account No. 01638124163 | | | 2011<br>Car Insurance | | | | |
| **American Family Ins** | - | | | | | | 368.00 |
| Account No. | | | | | | | |
| **American Standard Insurance of Wisc**<br>**6000 American Pkwy**<br>**Madison, WI 53783** | - | | | | | | 300.00 |
| Account No. | | | 2009<br>Loan | | | | |
| **Americredit**<br>**801 Cherry St, suite3500**<br>**Fort Worth, TX 76102** | X - | | | | | | 7,685.70 |

Sheet no. __2___ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,959.03**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli**                                              , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Anytime Fitness** <br> **5325 N 2nd St** <br> **Loves Park, IL 61111** | - | | **Membership** | | | | 50.00 |
| Account No. 33598671 <br><br> **Arnold Scott Harris** <br> **222 Merchandise Mart Plaza** <br> **Ste 1932** <br> **Chicago, IL 60654** | - | | **Illinois Tollway Authority** | | | | 212.20 |
| Account No. 32791126 <br><br> **Arnold Scott Harris** <br> **222 Merchandise Mart Plaza** <br> **Ste 1932** <br> **Chicago, IL 60654** | - | | **Illinois Tollway Authority** | | | | 2,132.20 |
| Account No. 08124917333157 <br><br> **AT&T** <br> **PO Box 5080** <br> **Carol Stream, IL 60197-5080** | - | | **2011** <br> **Service** | | | | 65.40 |
| Account No. 0812491733315 <br><br> **AT&T** <br> **PO Box 8100** <br> **Aurora, IL 60572-8212** | - | | **Service** | | | | 309.76 |

Sheet no. __3__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,769.56

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli**                                              , Case No. _____

                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **23534286**  <br><br>**Bank Of America, N.a.**  <br>**450 American St**  <br>**Simi Valley, CA 93065** | X | - | Opened 10/01/05  Last Active 12/29/10  <br>ConventionalRealEstateMortgage | | | | **155,466.00** |
| Account No. **4862362514265571**  <br><br>**Capital One, N.a.**  <br>**Capital One Bank (USA) N.A.**  <br>**Po Box 30285**  <br>**Salt Lake City, UT 84130** | X | - | Opened 12/20/04  Last Active  4/06/07  <br>CreditCard | | | | **Unknown** |
| Account No.  <br><br>**Carlson Orthopedic Clinic**  <br>**1848 Daimler Rd, #1**  <br>**Rockford, IL 61112** | X | - | Medical | | | | **19.50** |
| Account No.  <br><br>**Cash Loan Store**  <br>**5919 N. Second**  <br>**Loves Park, IL 61111** | X | - | 2009  <br>Loan | | | | **573.93** |
| Account No.  <br><br>**Check It**  <br>**2502 S. Alpine Road**  <br>**Rockford, IL 61108** | X | - | 2009  <br>Loan | | | | **1,483.24** |

Sheet no. __4__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **157,542.67**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michelle A Lomeli**                                                                    ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1207227015**<br><br>**City of Rockford**<br>**425 E State St**<br>**Rockford, IL 61105** | | - | | | **Removal of vehicle** | | | | **45.00** |
| Account No. **087056321**<br><br>**City of Rockford**<br>**PO Box 1221**<br>**Rockford, IL 61105** | | - | | | | | | | **436.65** |
| Account No. **63112513**<br><br>**City of Rockford Water and Rubbish**<br>**PO Box 1221**<br>**Rockford, IL 61105** | X | - | | | **Utility** | | | | **Unknown** |
| Account No. **12-07227015**<br><br>**City of Rockford,**<br>**Collection/Code Enforcement**<br>**425 E. State Street**<br>**Rockford, IL 61104** | X | - | | | **Parking tickets** | | | | **Unknown** |
| Account No. **8771103480168113**<br><br>**Comcast**<br>**4450 Kishwaukee**<br>**Rockford, IL 61109** | | - | | | **Service** | | | | **855.66** |

Sheet no. __5__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,337.31**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli** _____,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1968067031** <br><br> **Commonwealth Edison** <br> **PO Box 6111** <br> **Carol Stream, IL 60197-6111** | X | - | **2010** <br> **Utility** | | | | 2,259.64 |
| Account No. **602143872002** <br><br> **Comperter Credit** <br> **640 W Fourth St** <br> **Winston-Salem, NC 27112-5238** | | - | **Medical** | | | | 2,627.15 |
| Account No. <br><br> **CPS Security** <br> **PO  Box 782408** <br> **San Antonio, TX 78278** | | - | **NSF check - Walgreens** | | | | 90.00 |
| Account No. **771103480168113** <br><br> **Credit Management Services** <br> **4200 International Pkway** <br> **Carrollton, TX 75007** | | - | **Service** | | | | 855.66 |
| Account No. **10050960000348111** <br><br> **Creditors Protection S** <br> **Po Box 4115** <br> **Rockford, IL 61110** | X | - | **Opened  3/01/10** <br> **CollectionAttorney Rockford** <br> **Anesthesiologists** | | | | 4,312.00 |

Sheet no. __6__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,144.45**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michelle A Lomeli**                                                                    ,        Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2090560000156654**<br><br>**Creditors Protection S**<br>**Po Box 4115**<br>**Rockford, IL 61110** | X | - | **Opened 6/01/05 Last Active 8/01/11**<br>**CollectionAttorney Rockford Health**<br>**Physicians** | | | | 507.00 |
| Account No. **5051060000376414**<br><br>**Creditors Protection S**<br>**Po Box 4115**<br>**Rockford, IL 61110** | X | - | **Opened 10/01/10**<br>**CollectionAttorney Dogwood Pet Hospital** | | | | 129.00 |
| Account No. **5130560000172796**<br><br>**Creditors Protection S**<br>**Po Box 4115**<br>**Rockford, IL 61110** | X | - | **Opened 10/01/05**<br>**CollectionAttorney Rockford Health**<br>**Physicians** | | | | 80.00 |
| Account No. **07-4490**<br><br>**Deutsche Bank National Trust Co**<br>**PO Box 1838**<br>**Pittsburgh, PA 15230-1838** | X | - | **2008**<br>**Real Estate Loan** | | | | 202,964.00 |
| Account No. **76641026**<br><br>**DirecTV**<br>**P.O. Box9001069**<br>**Louisville, KY 40290-1069** | | - | **2011**<br>**Service** | | | | 347.31 |

| | | |
|---|---|---|
| Sheet no. __**7**___ of __**23**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 204,027.31 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michelle A Lomeli**                                        , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Medical | | | | |
| **EBS-RMSCO Inc** **30 Perinton Hills Mall** **Fairport, NY 14450** | | | | | | | | **Unknown** |
| Account No. | X | - | | 2009 Loan | | | | |
| **ECast Settlement Cort** **383 Madison Ave** **New York, NY 10179** | | | | | | | | **1,157.82** |
| Account No. 1514956749 | | - | | Service | | | | |
| **EOS CCA AT&T** **700 Longwater Dr** **Norwell, MA 02061** | | | | | | | | **37.80** |
| Account No. | X | - | | 2009 Merchandise | | | | |
| **Fingerhut** **PO Box 166** **Newark, NJ 07101-0166** | | | | | | | | **217.60** |
| Account No. 5177607399006939 | X | - | | Opened  5/01/07  Last Active  4/14/10 CreditCard | | | | |
| **First Premier Bank** **3820 N Louise Ave** **Sioux Falls, SD 57107** | | | | | | | | **458.00** |

Sheet no. __8__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,871.22**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli**                                                    ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Gary Flanders, Attorney** | - | | | **Service** | | | | **4,170.00** |
| Account No. **103510182906** <br><br> **Heights Finance Corp** <br> **1418 F. Missouri Blvd** <br> **Jefferson City, MO 65109** | X - | | | **Opened 9/01/05 Last Active 3/23/10** <br> **HouseholdGoodsAndOtherCollateralAuto** | | | | **719.00** |
| Account No. **3910190456232858** <br><br> **Heights Finance Corp** <br> **5301 E State St Ste 111** <br> **Rockford, IL 61108** | X - | | | **Opened 10/19/04 Last Active 6/07/05** <br> **HouseholdGoodsAndOtherCollateralAuto** | | | | **Unknown** |
| Account No. **3906230456232858** <br><br> **Heights Finance Corp** <br> **5301 E State St Ste 111** <br> **Rockford, IL 61108** | X - | | | **Opened 6/23/04 Last Active 10/19/04** <br> **HouseholdGoodsAndOtherCollateralAuto** | | | | **Unknown** |
| Account No. **103510155700** <br><br> **Heights Finance Corp** <br> **1418 F. Missouri Blvd** <br> **Jefferson City, MO 65109** | X - | | | **Opened 6/01/05 Last Active 10/29/07** <br> **HouseholdGoodsAndOtherCollateralAuto** | | | | **Unknown** |

Sheet no. __**9**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **4,889.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli**                                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **103510077801** <br><br> **Heights Finance Corp** <br> **5301 E State St Ste 111** <br> **Rockford, IL 61108** | X | - | | Opened 10/01/04  Last Active  6/07/05 <br> HouseholdGoodsAndOtherCollateralAuto | | | | **Unknown** |
| Account No. **103510152200** <br><br> **Heights Finance Corp** <br> **1418 F. Missouri Blvd** <br> **Jefferson City, MO 65109** | X | - | | Opened  6/01/05  Last Active  9/20/05 <br> HouseholdGoodsAndOtherCollateralAuto | | | | **Unknown** |
| Account No. **0030** <br><br> **Heights Finance Corp.** <br> **3853 E. State Street** <br> **Rockford, IL 61108** | X | - | | 2009 <br> Loan | | | | **2,119.58** |
| Account No. **0031** <br><br> **Heights Finance Corp.** <br> **3853 E. State Street** <br> **Rockford, IL 61108** | X | - | | 2009 <br> Loan | | | | **619.58** |
| Account No. **37192442001** <br><br> **Ic Systems Inc** <br> **Po Box 64378** <br> **St. Paul, MN 55164** | X | - | | Opened  5/01/11 <br> CollectionAttorney At  T Midwest | | | | **37.00** |

Sheet no. __10__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,776.16**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michelle A Lomeli**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1494820864** | | | NSF check for Tax | | | | |
| **ICS Payment & Correspndence Unit PO Box 19043 Springfield, IL 62794-9043** | - | | | | | | 57.50 |
| Account No. | | | Medical - Midwest Orthopedics | | | | |
| **ICS Systems PO Box 1010 Tinley Park, IL 60477** | - | | | | | | 238.35 |
| Account No. 0812742629641 | | | Service | | | | |
| **ICS Systems/At & T Midwest 444 Highway 96 East Saint Paul, MN 55164-0437** | - | | | | | | 37.80 |
| Account No. 12899662 | | | Opened  2/01/11 CollectionAttorney Miorma | | | | |
| **Illinois Collection Se Po Box 1010 Tinley Park, IL 60477** | X - | | | | | | 238.00 |
| Account No. | | | 2009 Loan | | | | |
| **Impact Cash/National Credit Adjuste PO Box 3023 Hutchinson, KS 67504** | X - | | | | | | 535.00 |

Sheet no. __11__ of __23__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)        1,106.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1380513638**<br><br>**Invoice Audit Services**<br>**PO Box 559**<br>**Coraopolis, PA 15108** | | - | | | | | 20.00 |
| Account No. **2633350400003**<br><br>**Jefferson Capital**<br>**16 Mcleland Rd**<br>**Saint Cloud, MN 56303** | X | - | **Opened 4/01/08 FactoringCompanyAccount Imagine Mastercard** | | | | 527.00 |
| Account No.<br><br>**Johnson, Blumberg & Associates** | | - | | | | | Unknown |
| Account No. **6276452000887775**<br><br>**Metabnk/fhut** | X | - | **Opened 10/10/05  Last Active  4/01/10 ChargeAccount** | | | | Unknown |
| Account No. **h2553400**<br><br>**Metro Medical**<br>**5112 Forest Hills Ct**<br>**Loves Park, IL 61111** | | - | **Medical** | | | | 65.40 |

Sheet no. __**12**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

612.40

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli**                                              , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8527046506 <br><br> **Midland Funding LLC** <br> **PO Box 603 Dept 12421** <br> **Oaks, PA 19456** | X | - | Collection | | | | 580.00 |
| Account No. <br><br> **Midwest Title Loan** <br> **5203 N. 2ndst** <br> **Loves Park, IL 61111** | X | - | Loan | | | | 1,167.84 |
| Account No. <br><br> **Mutual Management** <br> **401 E. State Street** <br> **Rockford, IL 61104-1027** | X | - | Papa John Pizza - NSF check | | | | 2,821.96 |
| Account No. 269693709 <br><br> **National Recovery Agency** <br> **2304 Tarpley Dr Ste 134** <br> **Carrollton, TX 75006** | | - | | | | | 1,704.18 |
| Account No. 8771103480168113 <br><br> **NCO Financeal Service** <br> **PO Box 15372** <br> **Wilmington, DE 19850-5372** | | - | Collection | | | | 445.66 |

Sheet no. __13__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,719.64**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michelle A Lomeli**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Various**<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | X | - | Opened  7/11/09  Last Active  4/22/10<br>Agriculture | | | | 912.00 |
| Account No. **Various**<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>PO Box 0632<br>Aurora, IL 60507 | X | - | Opened  10/03/04  Last Active  4/22/10<br>Agriculture | | | | 2,041.42 |
| Account No. 377660737<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | X | - | Opened  4/28/08  Last Active  4/22/10<br>Agriculture | | | | Unknown |
| Account No. 377660430<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | X | - | Opened  8/15/08  Last Active  3/26/10<br>Agriculture | | | | Unknown |
| Account No. 835031188030820<br><br>Nicor Gas<br>Attention:  Bankruptcy Department<br>Po Box 190<br>Aurora, IL 60507 | X | - | Opened  8/20/03  Last Active  9/14/04<br>Agriculture | | | | Unknown |

Sheet no. __14__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,953.42

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **805803932011026** <br><br> **Nicor Gas** <br> **Attention:  Bankruptcy Department** <br> **Po Box 190** <br> **Aurora, IL 60507** | X | - | | | **Opened 10/01/01  Last Active 10/01/02** <br> **Agriculture** | | | | **Unknown** |
| Account No. **00002932** <br><br> **Odessa Neurology** <br> **5301 E State St, Ste 304** <br> **Rockford, IL 61108** | | - | | | **Medical** | | | | **Unknown** |
| Account No. **533005** <br><br> **OSF St. Anthony Medical Center** <br> **PO Box 91011** <br> **Chicago, IL 60680-8807** | | - | | | **Medical** | | | | **60.00** |
| Account No. **20042688** <br><br> **OSF St. Anthony Medical Center** <br> **5510 East State Street** <br> **Rockford, IL 61108-2472** | | - | | | **Medical** | | | | **20.00** |
| Account No. **1105743** <br><br> **Payliance** <br> **3 Easton Oval Ste 210** <br> **Columbus, OH 43219** | X | - | | | **Opened  8/01/10** <br> **ReturnedCheck Woodman S - Rockford #30** | | | | **95.00** |

Sheet no. __**15**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **175.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli**                                          ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4447961123335032** <br><br> **Plains Commerce Bank** <br> **Po Box 1059** <br> **Aberdeen, SD 57402** | X | - | **Opened 3/23/06 Last Active 6/28/07** <br> **CreditCard** | | | | **Unknown** |
| Account No. **7591044583092** <br><br> **PNC** <br> **Pnc** <br> **Po Box 5570  Br-Yb58-01-3** <br> **Brecksville, OH 44141** | X | - | **Opened 10/11/05 Last Active 1/04/08** <br> **ConventionalRealEstateMortgage** | | | | **Unknown** |
| Account No. **4447961123335032** <br><br> **Portfolio Rc** <br> **Attn: Bankruptcy** <br> **Po Box 41067** <br> **Norfolk, VA 23541** | X | - | **Opened 10/01/08 Last Active 3/26/10** <br> **FactoringCompanyAccount Sherman Acquisition Llc** | | | | **602.00** |
| Account No. <br><br> **Premier Bank Card** <br> **10965 Decatur Rd** <br> **Philadelphia, PA 19154** | X | - | **2009** <br> **Credit Card** | | | | **511.94** |
| Account No. <br><br> **Premier Bank Card** <br> **10965 Decatur Rd** <br> **Philadelphia, PA 19154** | X | - | **2009** <br> **Credit Card** | | | | **533.90** |

Sheet no. __**16**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,647.84**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michelle A Lomeli**                                          , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **1000100001056843**<br><br>**Purpln/fbd**<br>**Five Concourse Par**<br>**Atlanta, GA 30328** | X | - | | | Opened  7/18/07  Last Active  1/25/08<br>CommercialLineOfCredit | | | | **Unknown** |
| Account No. **6422947675**<br><br>**Quest Diagnostics**<br>**PO Box 809403**<br>**Chicago, IL 60680-9403** | | - | | | Medical | | | | **20.00** |
| Account No. **44732**<br><br>**Radiology Consultants of Rockford**<br>**PO Box 4542**<br>**Rockford, IL 61110** | | - | | | Services | | | | **581.00** |
| Account No. **10448012A**<br><br>**Rma/check It**<br>**Po Box 6264**<br>**Rockford, IL 61125** | X | - | | | Opened  6/01/09<br>ReturnedCheck Edgebrook Mobil | | | | **98.00** |
| Account No. **430299**<br><br>**Rock River Disposal Services**<br>**4002 South Main Street**<br>**Rockford, IL 61102** | | - | | | 2011<br>Service | | | | **75.54** |

Sheet no. __**17**__ of __**23**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**774.54**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli**                                                   ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **430299** <br><br> **Rock River Disposal Services** <br> **PO Box 673045** <br> **Milwaukee, WI 53267-3045** | | - | Service | | | | 90.61 |
| Account No. **0870563KR** <br><br> **Rock River Water Reclamation Dist** <br> **PO Box 6207** <br> **Rockford, IL 61125-1207** | X | - | Utility | | | | 200.00 |
| Account No. **0870563KR** <br><br> **Rock River Water Reclamation Dist** <br> **PO Box 6207** <br> **Rockford, IL 61125-1207** | | - | Service | | | | 241.22 |
| Account No. **AR2500** <br><br> **Rockford Mercantile** <br> **2502 S. Alpine Rd** <br> **Rockford, IL 61108** | X | - | Opened 4/01/11 CollectionAttorney Osf St Anthony Medical Ctr | | | | 2,044.00 |
| Account No. **HH7566** <br><br> **Rockford Mercantile** <br> **2502 S. Alpine Rd** <br> **Rockford, IL 61108** | X | - | Opened 7/01/09 CollectionAttorney Cty Of Rkfd/Parking Tickets | | | | 100.00 |

Sheet no. __18__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,675.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli**                                                                    ,          Case No. _____
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **HH7672** <br><br> **Rockford Mercantile** <br> **2502 S. Alpine Rd** <br> **Rockford, IL 61108** | X | - | Opened  7/01/09 <br> CollectionAttorney Cty Of Rkfd/Parking Tickets | | | | 100.00 |
| Account No. **HH7043** <br><br> **Rockford Mercantile** <br> **2502 S. Alpine Rd** <br> **Rockford, IL 61108** | X | - | Opened  7/01/09 <br> CollectionAttorney Cty Of Rkfd/Parking Tickets | | | | 100.00 |
| Account No. **HH7296** <br><br> **Rockford Mercantile** <br> **2502 S. Alpine Rd** <br> **Rockford, IL 61108** | X | - | Opened  7/01/09 <br> CollectionAttorney Cty Of Rkfd/Parking Tickets | | | | 100.00 |
| Account No. **HH7496** <br><br> **Rockford Mercantile** <br> **2502 S. Alpine Rd** <br> **Rockford, IL 61108** | X | - | Opened  7/01/09 <br> CollectionAttorney Cty Of Rkfd/Parking Tickets | | | | 100.00 |
| Account No. **HH7497** <br><br> **Rockford Mercantile** <br> **2502 S. Alpine Rd** <br> **Rockford, IL 61108** | X | - | Opened  7/01/09 <br> CollectionAttorney Cty Of Rkfd/Parking Tickets | | | | 100.00 |

Sheet no. __19__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        500.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli**                                                    ,                Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. ZZ7851 | | | | | Opened 4/01/10 CollectionAttorney Cty Of Rkfd/Parking Tickets | | | | |
| Rockford Mercantile 2502 S. Alpine Rd Rockford, IL 61108 | X | - | | | | | | | |
| | | | | | | | | | 100.00 |
| Account No. AX4629 | | | | | Board of Education | | | | |
| Rockford Mercantile 2502 S. Alpine Rockford, IL 61108 | | - | | | | | | | |
| | | | | | | | | | 25.00 |
| Account No. 14641 | | | | | Medical | | | | |
| Rockford spine Center PO Box 17114 Rockford, IL 61110 | | - | | | | | | | |
| | | | | | | | | | 1,391.13 |
| Account No. | | | | | 2009 Loan | | | | |
| Round Up Funding LLC 2101 4th Ave Seattle, WA 98121 | X | - | | | | | | | |
| | | | | | | | | | 1,886.90 |
| Account No. 6021438200200 | | | | | 2010 | | | | |
| Rush University Medical Center 2250 E Devon Ave Des Plaines, IL 60018-4519 | | - | | | | | | | |
| | | | | | | | | | 2,627.15 |

Sheet no. __20__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **6,030.18**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michelle A Lomeli**                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **649845** <br><br>**Rush University Medical Center** <br>**1700 W Van Buren St** <br>**Chicago, IL 60612-3244** | | - | **2010** <br>**Medical** | | | | 2,647.15 |
| Account No. **06D194** <br><br>**Schirger, Monteleone & Hampilos** <br>**308 W State St, Ste 210** <br>**Rockford, IL 61101** | X | - | **2010** <br>**Services** | | | | Unknown |
| Account No. **18976273159** <br><br>**Sirus XM** <br>**PO Box 757** <br>**Chanhassen, MN 55317** | | - | **Service** | | | | Unknown |
| Account No. <br><br>**T-Mobil** <br>**PO Box 742596** <br>**Cincinnati, OH 45274-2596** | X | - | **2009** <br>**Service** | | | | 191.26 |
| Account No. **19887066** <br><br>**Transworld Systems** <br>**5300 Hollister St Ste 500** <br>**Houston, TX 77040** | | - | **Collection - R.S Medical** | | | | 747.73 |

Sheet no. __21__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,586.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michelle A Lomeli**                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 8089J0001769358 | | - | | | Midwest Orthopedic at Rush | | | | |
| Transworld Systems 950 Office Park Rd Ste 306 West Des Moines, IA 50265 | | | | | | | | | 40.00 |
| Account No. 2747084478 | | - | | | Service | | | | |
| True Green 5667 Sandy Hollow Road Rockford, IL 61109 | | | | | | | | | 48.15 |
| Account No. 1111090027 | X | - | | | Opened 4/01/11 CollectionAttorney Rock River Water Reclamation D | | | | |
| United Crdt United Credit Service Po Box 740 Elkhorn, WI 53121 | | | | | | | | | 241.00 |
| Account No. 029797167 | | - | | | Medical | | | | |
| University Pathologists 5620 Southwyck Blvd Toledo, OH 43614 | | | | | | | | | 20.00 |
| Account No. | | - | | | Kim & Wade Schaal - Rent Due | | | | |
| Venture Properties | | | | | | | | | 850.00 |

Sheet no. __22__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                1,199.15
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michelle A Lomeli**
                                                                                         , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **40088043041800001**<br><br>**Verizon Wireless/great**<br>**1515 Woodfield Rd Ste140**<br>**Schaumburg, IL 60173** | X | - | Opened  6/01/04  Last Active  1/30/06 | | | | 579.00 |
| Account No. **4882**<br><br>**Vincent ZammutoDDS4001 N Mulford Rd**<br>**Loves Park, IL 61111** | | - | Dental | | | | 274.00 |
| Account No. **8159866719**<br><br>**Vonage**<br>**100 Circle 75 Parkway**<br>**Atlanta, GA 30339** | | - | Service | | | | 30.00 |
| Account No.<br><br>**Walmart**<br>**3849 N Ridge**<br>**Rockford, IL 61114** | | - | NSF check | | | | Unknown |
| Account No. **060766**<br><br>**West Loop University Medicine**<br>**1730 Park St, Ste 101**<br>**Naperville, IL 60563** | | - | 2010<br>Medical | | | | 775.00 |

Sheet no. __23__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,658.00 |
| Total (Report on Summary of Schedules) | 436,178.69 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Michelle A Lomeli**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **Michelle A Lomeli**                                              ,      Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Afni**<br>**Attention: Bankruptcy**<br>**Po Box 3247**<br>**Bloomington, IL 61702** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Amcore Bank N A/Harris Bank NA**<br>**Attention: Bankruptcy Department**<br>**3800 Golf Rd Suite 300**<br>**Rolling Meadows, IL 60008** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Creditors Protection S**<br>**Po Box 4115**<br>**Rockford, IL 61110** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Creditors Protection S**<br>**Po Box 4115**<br>**Rockford, IL 61110** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Creditors Protection S**<br>**Po Box 4115**<br>**Rockford, IL 61110** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Creditors Protection S**<br>**Po Box 4115**<br>**Rockford, IL 61110** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD 57107** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp**<br>**1418 F. Missouri Blvd**<br>**Jefferson City, MO 65109** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp**<br>**5301 E State St Ste 111**<br>**Rockford, IL 61108** |

**8**
___ continuation sheets attached to Schedule of Codebtors

In re    **Michelle A Lomeli**                                                    Case No. _____
,
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp**<br>**5301 E State St Ste 111**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp**<br>**1418 F. Missouri Blvd**<br>**Jefferson City, MO 65109** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp**<br>**5301 E State St Ste 111**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp**<br>**1418 F. Missouri Blvd**<br>**Jefferson City, MO 65109** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Ic Systems Inc**<br>**Po Box 64378**<br>**St. Paul, MN 55164** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Illinois Collection Se**<br>**Po Box 1010**<br>**Tinley Park, IL 60477** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Jefferson Capital**<br>**16 Mcleland Rd**<br>**Saint Cloud, MN 56303** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Metabnk/fhut** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**PO Box 0632**<br>**Aurora, IL 60507** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** |

Sheet __1__ of __8__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **Michelle A Lomeli** _____,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Nicor Gas**<br>**Attention:  Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Payliance**<br>**3 Easton Oval Ste 210**<br>**Columbus, OH 43219** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Plains Commerce Bank**<br>**Po Box 1059**<br>**Aberdeen, SD 57402** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **PNC**<br>**Pnc**<br>**Po Box 5570  Br-Yb58-01-3**<br>**Brecksville, OH 44141** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Portfolio Rc**<br>**Attn: Bankruptcy**<br>**Po Box 41067**<br>**Norfolk, VA 23541** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Purpln/fbd**<br>**Five Concourse Par**<br>**Atlanta, GA 30328** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rma/check It**<br>**Po Box 6264**<br>**Rockford, IL 61125** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |

Sheet __2__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re   **Michelle A Lomeli**                                              ,   Case No. _____
                                         Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **United Crdt**<br>**United Credit Service**<br>**Po Box 740**<br>**Elkhorn, WI 53121** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Verizon Wireless/great**<br>**1515 Woodfield Rd Ste140**<br>**Schaumburg, IL 60173** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **AAA Community Finance**<br>**5611 N. Second St**<br>**Loves Park, IL 61111** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **AAA Community Finance**<br>**5611 N. Second St**<br>**Loves Park, IL 61111** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Ace Cash Express**<br>**7925 N. Alpine Rd**<br>**Loves Park, IL 61111** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Advance America**<br>**1239 Sandy Hollow**<br>**Rockford, IL 61109** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Afni**<br>**Attention: Bankruptcy**<br>**Po Box 3247**<br>**Bloomington, IL 61702** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **All Credit Lenders**<br>**4875 E. State St**<br>**Rockford, IL 61108** |

Sheet __3__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re     **Michelle A Lomeli**                                                                              ,     Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Amcore Bank N A/Harris Bank NA**<br>**Attention: Bankruptcy Department**<br>**3800 Golf Rd Suite 300**<br>**Rolling Meadows, IL 60008** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Americredit**<br>**801 Cherry St, suite3500**<br>**Fort Worth, TX 76102** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Bank Of America, N.a.**<br>**450 American St**<br>**Simi Valley, CA 93065** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Capital One, N.a.**<br>**Capital One Bank (USA) N.A.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Carlson Orthopedic Clinic**<br>**1848 Daimler Rd, #1**<br>**Rockford, IL 61112** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Cash Loan Store**<br>**5919 N. Second**<br>**Loves Park, IL 61111** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Check It**<br>**2502 S. Alpine Road**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **City of Rockford Water and Rubbish**<br>**PO Box 1221**<br>**Rockford, IL 61105** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **City of Rockford,**<br>**Collection/Code Enforcement**<br>**425 E. State Street**<br>**Rockford, IL 61104** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Commonwealth Edison**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Creditors Protection S**<br>**Po Box 4115**<br>**Rockford, IL 61110** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Creditors Protection S**<br>**Po Box 4115**<br>**Rockford, IL 61110** |

Sheet __4__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re   **Michelle A Lomeli** _____,   Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Creditors Protection S**<br>**Po Box 4115**<br>**Rockford, IL 61110** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Creditors Protection S**<br>**Po Box 4115**<br>**Rockford, IL 61110** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Deutsche Bank National Trust Co**<br>**PO Box 1838**<br>**Pittsburgh, PA 15230-1838** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **ECast Settlement Cort**<br>**383 Madison Ave**<br>**New York, NY 10179** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Fingerhut**<br>**PO Box 166**<br>**Newark, NJ 07101-0166** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD 57107** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp**<br>**1418 F. Missouri Blvd**<br>**Jefferson City, MO 65109** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp**<br>**5301 E State St Ste 111**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp**<br>**5301 E State St Ste 111**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp**<br>**1418 F. Missouri Blvd**<br>**Jefferson City, MO 65109** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp**<br>**5301 E State St Ste 111**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp**<br>**1418 F. Missouri Blvd**<br>**Jefferson City, MO 65109** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp.**<br>**3853 E. State Street**<br>**Rockford, IL 61108** |

Sheet ___5___ of ___8___ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

In re   **Michelle A Lomeli**                                    ,       Case No. _____

                                    Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Heights Finance Corp.**<br>**3853 E. State Street**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Ic Systems Inc**<br>**Po Box 64378**<br>**St. Paul, MN 55164** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Illinois Collection Se**<br>**Po Box 1010**<br>**Tinley Park, IL 60477** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Impact Cash/National Credit Adjuste**<br>**PO Box 3023**<br>**Hutchinson, KS 67504** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Jefferson Capital**<br>**16 Mcleland Rd**<br>**Saint Cloud, MN 56303** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Metabnk/fhut** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Midland Funding LLC**<br>**PO Box 603 Dept 12421**<br>**Oaks, PA 19456** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Midwest Title Loan**<br>**5203 N. 2ndst**<br>**Loves Park, IL 61111** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Mutual Management**<br>**401 E. State Street**<br>**Rockford, IL 61104-1027** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Nicor Gas**<br>**Attention: Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Nicor Gas**<br>**Attention: Bankruptcy Department**<br>**PO Box 0632**<br>**Aurora, IL 60507** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Nicor Gas**<br>**Attention: Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** |

Sheet  **6**  of  **8**  continuation sheets attached to the Schedule of Codebtors

In re   **Michelle A Lomeli**                                                    ,   Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Nicor Gas**<br>**Attention: Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Nicor Gas**<br>**Attention: Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Nicor Gas**<br>**Attention: Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Payliance**<br>**3 Easton Oval Ste 210**<br>**Columbus, OH 43219** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Plains Commerce Bank**<br>**Po Box 1059**<br>**Aberdeen, SD 57402** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **PNC**<br>**Pnc**<br>**Po Box 5570  Br-Yb58-01-3**<br>**Brecksville, OH 44141** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Portfolio Rc**<br>**Attn: Bankruptcy**<br>**Po Box 41067**<br>**Norfolk, VA 23541** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Premier Bank Card**<br>**10965 Decatur Rd**<br>**Philadelphia, PA 19154** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Premier Bank Card**<br>**10965 Decatur Rd**<br>**Philadelphia, PA 19154** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Purpln/fbd**<br>**Five Concourse Par**<br>**Atlanta, GA 30328** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rma/check It**<br>**Po Box 6264**<br>**Rockford, IL 61125** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rock River Water Reclamation Dist**<br>**PO Box 6207**<br>**Rockford, IL 61125-1207** |

Sheet   **7**   of   **8**   continuation sheets attached to the Schedule of Codebtors

In re     **Michelle A Lomeli**                                                          ,     Case No. _____
                                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Rockford Mercantile**<br>**2502 S. Alpine Rd**<br>**Rockford, IL 61108** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Round Up Funding LLC**<br>**2101 4th Ave**<br>**Seattle, WA 98121** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Schirger, Monteleone & Hampilos**<br>**308 W State St, Ste 210**<br>**Rockford, IL 61101** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **T-Mobil**<br>**PO Box 742596**<br>**Cincinnati, OH 45274-2596** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **United Crdt**<br>**United Credit Service**<br>**Po Box 740**<br>**Elkhorn, WI 53121** |
| **John Lomeli**<br>**224 N Alpine Rd**<br>**Rockford, IL 61107** | **Verizon Wireless/great**<br>**1515 Woodfield Rd Ste140**<br>**Schaumburg, IL 60173** |

Sheet __8__ of __8__ continuation sheets attached to the Schedule of Codebtors

**B6I (Official Form 6I) (12/07)**

In re **Michelle A Lomeli**                                                Case No. _____

_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **Son** **Daughter** | AGE(S): **14** **17** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
|     b. Insurance | $ | 0.00 | $ | N/A |
|     c. Union dues | $ | 0.00 | $ | N/A |
|     d. Other (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 715.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 780.00 | $ | N/A |
| 11. Social security or government assistance (Specify): **Unemployment** | $ | 1,692.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 3,187.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,187.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 3,187.00 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Michelle A Lomeli**                                                                Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 850.00 |
| a. Are real estate taxes included? Yes ___  No **X** | | |
| b. Is property insurance included? Yes ___  No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 550.00 |
| b. Water and sewer | | $ 39.00 |
| c. Telephone | | $ 60.00 |
| d. Other  **Cell Phone, Cable, Internet** | | $ 160.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 17.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 75.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 100.00 |
| 8. Transportation (not including car payments) | | $ 280.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 140.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Self Employment** | | $ 100.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 200.00 |
| 17. Other | | $ 0.00 |
| Other | | $ 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 3,171.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.  Average monthly income from Line 15 of Schedule I | | $ 3,187.00 |
| b.  Average monthly expenses from Line 18 above | | $ 3,171.00 |
| c.  Monthly net income (a. minus b.) | | $ 16.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michelle A Lomeli**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**45**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **October 17, 2011**

Signature    **/s/ Michelle A Lomeli**

**Michelle A Lomeli**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michelle A Lomeli**
_____
Debtor(s)

Case No. _____
Chapter  **7**  _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,551.00** | **2011 YTD: Debtor Employment Income** |
| **$14,188.00** | **2010: Debtor Employment Income** |
| **$29,524.00** | **2009: Debtor Employment Income** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$15,233.00** | **2011 YTD: Unemployment** |
| **$8,970.00** | **2010: Debtor Unemployment** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
□

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Loves Park Legal Clinic** **535 Loves Park Drive** **Loves Park, IL 61111** | **10/14/2011** | **$500.00** |
| **Credit Counseling** | **10/14/2011** | **$50.00** |

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Mike Morrison** **Leaf River, IL** **Buyer** | **5-2011** | **2002 Yukon for $6000.00** |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3732 Gina Terrace**<br>**Rockford, IL  61114** | **same** | **2007 - 5-2010** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Best Case Bankruptcy

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

7

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 17, 2011**                          Signature   **/s/ Michelle A Lomeli**

                                                                **Michelle A Lomeli**
                                                                Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Michelle A Lomeli__ _____     Case No. _____
                                    Debtor(s)                Chapter    __7__ _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered           ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>    ☐ Redeem the property<br>    ☐ Reaffirm the debt<br>    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>    ☐ Claimed as Exempt                    ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __October 17, 2011_____          Signature  __/s/ Michelle A Lomeli_____
                                                              **Michelle A Lomeli**
                                                              Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Michelle A Lomeli** _____   Case No. _____

Debtor(s)   Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **500.00** |
| Prior to the filing of this statement I have received | $ | **500.00** |
| Balance Due | $ | **0.00** |

2.   $ **299.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 17, 2011** _____

/s/ **Karl C. Koonmen** _____
**Karl C. Koonmen**
**Loves Park Legal Clinic**
**The Professional Building**
**535 Loves Park Drive**
**Loves Park, IL 61111**
**815-654-3060   Fax: 815-654-9893**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Michelle A Lomeli**                            Case No. _____

                                   Debtor(s)          Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

       I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Michelle A Lomeli** | X   **/s/ Michelle A Lomeli**           **October 17, 2011** |
| Printed Name(s) of Debtor(s) | Signature of Debtor           Date |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)        Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                           Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Michelle A Lomeli**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **102**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 17, 2011**

**/s/ Michelle A Lomeli**

**Michelle A Lomeli**
Signature of Debtor

AAA Community Finance
5611 N. Second St
Loves Park, IL 61111


Aarons Sales & Lease
3730 E State St
Rockford, IL 61108


Accent
7171 Mercy Rd
PO Box 69006
Omaha, NE 68106-5006


Ace Cash Express
7925 N. Alpine Rd
Loves Park, IL 61111


Advance America
1239 Sandy Hollow
Rockford, IL 61109


Afni
Attention: Bankruptcy
Po Box 3247
Bloomington, IL 61702


All Credit Lenders
4875 E. State St
Rockford, IL 61108


Alpine Bank
1700 N. Alpine
Rockford, IL 61107


Alpine chiropractic
4855 E State St
Rockford, IL 61108


Amcore Bank N A/Harris Bank NA
Attention: Bankruptcy Department
3800 Golf Rd Suite 300
Rolling Meadows, IL 60008


American Family Ins

American Standard Insurance of Wisc
6000 American Pkwy
Madison, WI 53783


Americredit
801 Cherry St, suite3500
Fort Worth, TX 76102


Anytime Fitness
5325 N 2nd St
Loves Park, IL 61111


Arnold Scott Harris
222 Merchandise Mart Plaza
Ste 1932
Chicago, IL 60654


AT&T
PO Box 5080
Carol Stream, IL 60197-5080


AT&T
PO Box 8100
Aurora, IL 60572-8212


Bank Of America, N.a.
450 American St
Simi Valley, CA 93065


Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130


Carlson Orthopedic Clinic
1848 Daimler Rd, #1
Rockford, IL 61112


Cash Loan Store
5919 N. Second
Loves Park, IL 61111


Check It
2502 S. Alpine Road
Rockford, IL 61108

City of Rockford
425 E State St
Rockford, IL 61105


City of Rockford
PO Box 1221
Rockford, IL 61105


City of Rockford Water and Rubbish
PO Box 1221
Rockford, IL 61105


City of Rockford,
Collection/Code Enforcement
425 E. State Street
Rockford, IL 61104


Comcast
4450 Kishwaukee
Rockford, IL 61109


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197-6111


Comperter Credit
640 W Fourth St
Winston-Salem, NC 27112-5238


CPS Security
PO  Box 782408
San Antonio, TX 78278


Credit Management Services
4200 International Pkway
Carrollton, TX 75007


Creditors Protection S
Po Box 4115
Rockford, IL 61110


Deutsche Bank National Trust Co
PO Box 1838
Pittsburgh, PA 15230-1838

DirecTV
P.O. Box9001069
Louisville, KY 40290-1069

EBS-RMSCO Inc
30 Perinton Hills Mall
Fairport, NY 14450

ECast Settlement Cort
383 Madison Ave
New York, NY 10179

EOS CCA AT&T
700 Longwater Dr
Norwell, MA 02061

Fingerhut
PO Box 166
Newark, NJ 07101-0166

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Gary Flanders, Attorney

Heights Finance Corp
1418 F. Missouri Blvd
Jefferson City, MO 65109

Heights Finance Corp
5301 E State St Ste 111
Rockford, IL 61108

Heights Finance Corp.
3853 E. State Street
Rockford, IL 61108

Ic Systems Inc
Po Box 64378
St. Paul, MN 55164

ICS Payment & Correspndence Unit
PO Box 19043
Springfield, IL 62794-9043


ICS Systems
PO Box 1010
Tinley Park, IL 60477


ICS Systems/At & T Midwest
444 Highway 96 East
Saint Paul, MN 55164-0437


Illinois Collection Se
Po Box 1010
Tinley Park, IL 60477


Impact Cash/National Credit Adjuste
PO Box 3023
Hutchinson, KS 67504


Invoice Audit Services
PO Box 559
Coraopolis, PA 15108


Jefferson Capital
16 Mcleland Rd
Saint Cloud, MN 56303


John Lomeli
224 N Alpine Rd
Rockford, IL 61107


Johnson ,Blomber & Associates
230 W Monroe St, Ste 1125
Chicago, IL 60606


Johnson, Blumberg & Associates


Metabnk/fhut

Metro Medical
5112 Forest Hills Ct
Loves Park, IL 61111


Midland Funding LLC
PO Box 603 Dept 12421
Oaks, PA 19456


Midwest Orthopedics at Rush
1 Westbrook Corporate, Ste 240
Westchester, IL 60154


Midwest Title Loan
5203 N. 2ndst
Loves Park, IL 61111


Mutual Management
401 E. State Street
Rockford, IL 61104-1027


National Recovery Agency
2304 Tarpley Dr Ste 134
Carrollton, TX 75006


NCO Financeal Service
PO Box 15372
Wilmington, DE 19850-5372


NCO Financial Systems
PO Box 15630
Wilmington, DE 19850


Nicor Gas
Attention: Bankruptcy Department
Po Box 190
Aurora, IL 60507


Nicor Gas
Attention: Bankruptcy Department
PO Box 0632
Aurora, IL 60507


Odessa Neurology
5301 E State St, Ste 304
Rockford, IL 61108

OSF
5510 E State St
Rockford, IL 61108


OSF St. Anthony Medical Center
PO Box 91011
Chicago, IL 60680-8807


OSF St. Anthony Medical Center
5510 East State Street
Rockford, IL 61108-2472


Payliance
3 Easton Oval Ste 210
Columbus, OH 43219


Plains Commerce Bank
Po Box 1059
Aberdeen, SD 57402


PNC
Pnc
Po Box 5570  Br-Yb58-01-3
Brecksville, OH 44141


Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Premier Bank Card
10965 Decatur Rd
Philadelphia, PA 19154


Purpln/fbd
Five Concourse Par
Atlanta, GA 30328


Quest Diagnostics
PO Box 809403
Chicago, IL 60680-9403


Radiology Consultants of Rockford
PO Box 4542
Rockford, IL 61110

Rma/check It
Po Box 6264
Rockford, IL 61125


Rock River Disposal Services
4002 South Main Street
Rockford, IL 61102


Rock River Disposal Services
PO Box 673045
Milwaukee, WI 53267-3045


Rock River Water Reclamation Dist
PO Box 6207
Rockford, IL 61125-1207


Rockford Mercantile
2502 S. Alpine Rd
Rockford, IL 61108


Rockford Mercantile
2502 S. Alpine
Rockford, IL 61108


Rockford spine Center
PO Box 17114
Rockford, IL 61110


Round Up Funding LLC
2101 4th Ave
Seattle, WA 98121


RS Medical
14401 SE 1st St
Vancouver, WA 98684-3503


Rush University Medical Center
2250 E Devon Ave
Des Plaines, IL 60018-4519


Rush University Medical Center
1700 W Van Buren St
Chicago, IL 60612-3244

Schirger, Monteleone & Hampilos
308 W State St, Ste 210
Rockford, IL 61101


Sirus XM
PO Box 757
Chanhassen, MN 55317


T-Mobil
PO Box 742596
Cincinnati, OH 45274-2596


Transworld Systems
5300 Hollister St Ste 500
Houston, TX 77040


Transworld Systems
950 Office Park Rd Ste 306
West Des Moines, IA 50265


True Green
5667 Sandy Hollow Road
Rockford, IL 61109


United Crdt
United Credit Service
Po Box 740
Elkhorn, WI 53121


University Pathologists
5620 Southwyck Blvd
Toledo, OH 43614


Venture Properties


Verizon Wireless/great
1515 Woodfield Rd Ste140
Schaumburg, IL 60173


Vincent ZammutoDDS4001 N Mulford Rd
Loves Park, IL 61111

Vonage
100 Circle 75 Parkway
Atlanta, GA 30339


Walmart
3849 N Ridge
Rockford, IL 61114


West Loop University Medicine
1730 Park St, Ste 101
Naperville, IL 60563